# UNITED STATES DISTRICT COURT

WESTERN District of ARKANSAS

| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
|---|---|
| **V.** | (For **Revocation** of Probation or Supervised Release) |

**ANTONIO LARON COLLINS**

Case Number: 1:12CR10005-01
USM Number: 04507-063

Bruce D. Eddy
Defendant's Attorney

**THE DEFENDANT:**

X admitted guilt to violation of conditions of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 (Mandatory Condition) | Unlawful Use of Controlled Substance | 3/07/2013 |
| 2 (Standard Condition No. 7) | Unlawful Use of Controlled Substance | 3/07/2013 |
| 3 (Mandatory Condition) | New Criminal Offense | 8/31/2012 |
| 5 (Standard Condition No. 9) | Association With Convicted Felon | 8/31/2012 |
| 6 (Standard Condition No. 11) | Failure to Report Arrest | 5/07/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed by referring to the U.S. Sentencing Guidelines as only advisory within the statutory range for offense(s).

X The defendant has not violated condition(s) __4 (Mandatory Condition)__ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: \*\*\*-\*\*-7751

Defendant's Date of Birth: \*\*/\*\*/1982

Defendant's Residence Address:
\*\*\*\*\*\*\*\*\*\*\*\*\*

Warren, AR 71671

Defendant's Mailing Address:

October 24, 2013
Date of Imposition of Judgment

/S/ Susan O. Hickey
Signature of Judge

Honorable Susan O. Hickey, United States District Judge
Name and Title of Judge

October 28, 2013
Date

AO 245D (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment
Judgment — Page 2 of 2

DEFENDANT: **ANTONIO LARON COLLINS**
CASE NUMBER: 1:12CR10005-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of : **Twelve (12) months with no supervised release to follow the term of incarceration. The term of incarceration shall run consecutively with any state sentence that the defendant may serve.**

☐ The court makes the following recommendations to the Bureau of Prisons:

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
a _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL